UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \*
\*
DR. ROBERT LEDERER,          \*
    Plaintiff,               \*
                             \*
                             \*
v.                           \*
                             \*
JOHN SNOW, INC. and          \*
THE JOHN HOPKINS UNIVERSITY/ \*
CENTER FOR COMMUNICATION     \*
PROGRAM,                     \*
    Defendants.              \*
                             \*
\* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

MAGISTRATE JUDGE _____

## 04 10284 NG

CIVIL ACTION NO.

RECEIPT # _5 3 746_
AMOUNT $ _150_
SUMMONS ISSUED _____
LOCAL RULE 4.1 _____
WAIVER FORM _____
MCF ISSUED _____
BY DPTY. CLK. _____
DATE _2-11-04_

NOTICE OF REMOVAL OF THE DEFENDANT,
JOHNS HOPKINS UNIVERSITY/CENTER FOR COMMUNICATION PROGRAMS

Johns Hopkins University/Center for Communication Programs, hereby notices the removal of the above-entitled action from the Superior Court Department of the Trial Court of the Commonwealth of Massachusetts for Suffolk County, to this Court.  The grounds for this Notice are as follows.

(1)    Petitioner is a defendant in the above-entitled action.

(2)    On December 15, 2003, the above-entitled action was commenced against the defendant in the Superior Court Department of the Trial Court of the Commonwealth of Massachusetts for Suffolk County, and is now pending therein.

(3)   On or about January 29, 2004, defendant, Johns
      Hopkins University/Center for Communication Programs,
      received service of the Summons and Complaint in the
      above-entitled action, a copy of which is attached
      hereto and marked Exhibit "A".

(4)   No further proceedings have been had herein in the
      Superior Court for Suffolk County.

(5)   The plaintiff alleges that he is an individual with a
      residential address at 81 Palm Tree Drive, Punta
      Gorda, Florida.

(6)   The plaintiff further alleges that the defendant,
      John Snow, Inc., is a Massachusetts corporation with
      a principal place of business at 44 Farnsworth
      Street, Boston, Suffolk County, Massachusetts.

(7)   Defendant, Johns Hopkins University/Center for
      Communication Programs, is a Maryland corporation
      with a principal place of business at 113 Garland
      Hall, 3400 N. Charles Street, Baltimore, Maryland.

(8)   In the plaintiff's complaint, the plaintiff alleges
      that the plaintiff contracted with defendants to
      provide services for defendants' project in Romania.
      Plaintiff further alleges that defendants breached
      said contract by not allowing plaintiff to complete
      said project.

(9)   The amount in controversy in the above-entitled
      action exclusive of interest and costs, but inclusive
      of the statutory claim for attorneys' fees and
      multiple damages exceeds Seventy-Five Thousand
      Dollars ($75,000.00).

(10)  This Court has original jurisdiction of this action based on diversity of citizenship of the parties, 28 U.S.C. 1332, and the action may be removed to this Court pursuant to 28 U.S.C. 1441(a) and (b).

(11)  This petition is filed with this Court pursuant to 28 U.S.C. § 1446, within 30 days after receipt by petitioner of the summons and complaint in the above-entitled action.

WHEREFORE, petitioner, Johns Hopkins University/Center for Communication Programs, prays that the above-entitled action be removed from the Superior Court Department of the Trial Court of the Commonwealth of Massachusetts for Suffolk County, to this Court.

Signed under the penalties of perjury this ___10TH___ day of ___February___, 2004.

Johns Hopkins University/
Center for Communication Programs,

By its attorneys,

John F. Rooney, III,
BBO #426895
MELICK, PORTER & SHEA, LLP
28 State Street
Boston, MA  02109-1775
(617) 523-6200

Date: ___2-11-04___

I hereby certify that I have made service
of the foregoing document in accordance
with the provisions of Fed. R. Civ. P. 5