UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

* * * * * * * * * * * * * * * *
DR. ROBERT LEDERER,
    Plaintiff,

v.

JOHN SNOW, INC. and
THE JOHN HOPKINS UNIVERSITY/
CENTER FOR COMMUNICATION
PROGRAM,
    Defendants.

* * * * * * * * * * * * * * * *

CIVIL ACTION NO.

04 10284 NG

NOTICE OF APPEARANCE

Pursuant to Fed. R. Civ. P. 11, please enter my appearance as counsel of record for the defendant, Johns Hopkins University/Center for Communication Programs, in the above-captioned matter.

John F. Rooney, III
BBO #426895
MELICK, PORTER & SHEA, LLP
28 State Street
Boston, MA 02109-1775
(617) 523-6200

Date: 2-10-04

I hereby certify that I have made service of the foregoing document in accordance with the provisions of Fed R. Civ. P. 5