UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DR. ROBERT LEDERER,<br>    Plaintiff<br><br>VS.<br><br>JOHN SNOW, INC. AND THE<br>JOHN HOPKINS UNIVERSITY/<br>CENTER FOR COMMUNICATION<br>PROGRAMS,<br>    Defendants | CIVIL ACTION NO.:<br>04-CV-10284-NG |

## NOTICE OF APPEARANCE

Pursuant to Fed. R. Civ. P. 11, please enter my appearance as counsel of record for the Plaintiff, Dr. Robert Lederer, in the above-captioned matter.

*/s/*

David B. Stein, BBO# 556456
430 Bedford Street
Lexington, MA 02420
Tel: 781-860-9500
Fax: 781-863-0046

Dated: February 20, 2004

1