UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

DR. ROBERT LEDERER,
      Plaintiff

VS.

JOHN SNOW, INC. AND THE
JOHN HOPKINS UNIVERSITY/
CENTER FOR COMMUNICATION
PROGRAMS,
      Defendants

**CIVIL ACTION NO.:**
**04-CV-10284-NG**

## *NOTICE OF APPEARANCE*

      Pursuant to Fed. R. Civ. P. 11, please enter my appearance as counsel of record for the Plaintiff, Dr. Robert Lederer, in the above-captioned matter.

Christopher J. DiMare, BBO#647029
430 Bedford Street
Lexington, MA 02420
Tel: 781-860-9500
Fax: 781-863-0046

Dated:  February 20, 2004

1