UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSCHUSTTS

| | |
|---|---|
| DR. ROBERT LEDERER,<br><br>Plaintiff,<br><br>v.<br><br>JOHN SNOW, INC. AND<br>THE JOHNS HOPKINS UNIVERSITY<br>CENTER FOR COMMUNICATION<br>PROGRAMS,<br><br>Defendants | CIVIL ACTION NO.<br>04-CV-10284-NG |

## NOTICE OF APPEARANCE

Please enter our appearance on behalf of the defendant John Snow, Inc. in the above-captioned matter.

Respectfully submitted,
JOHN SNOW, INC.
By their Attorneys,

*[signature]*

Andrew F. Caplan, BBO #564127
Thomas T. Reith, BBO #648671
Perkins Smith & Cohen LLP
One Beacon Street, 30th Floor
Boston, MA  02108
(617) 854-4000

Dated: March 22, 2004

7409-1-NoticeofAppearance

2

## CERTIFICATE OF SERVICE

    I hereby certify that on March 22, 2004, a true copy of the foregoing Notice of Appearance was served by mail upon all counsel of record in this matter via First-Class U.S. Mail, postage prepaid at the following:

        David B. Stein, Esq.
        Christopher J. DiMare, Esq.
        Rubin, Weisman, Colasanti, Kajko & Stein, LLP
        430 Bedford Street
        Lexington, MA 02420

        John F. Rooney, III, Esq.
        Melick, Porter & Shea, LLP
        28 State Street
        Boston, MA 02109

                            Andrew F. Caplan

7409-1-NoticeofAppearance



**PERKINS SMITH & COHEN**

Perkins Smith & Cohen LLP
Attorneys at Law

Andrew F. Caplan
(617) 854-4283 Direct Dial
acaplan@pscboston.com

March 22, 2004

Civil Clerk's Office,
United States District Court
for the District of Massachusetts
One Courthouse Way, Suite 2300
Boston, MA 02210

Re:   Dr. Robert Lederer v. John Snow, Inc. and The Johns Hopkins University
      Center for Communication Programs
      United States District Court for the District of MA, C.A. No. 04-CV-10284-NG

Dear Sir or Madam:

Enclosed for filing in reference to the above-entitled action, please find the following:

1. Notice of Appearance; and

2. Stipulated Extension of Time to Respond to Complaint.

Thank you for your attention to this matter.

Very truly yours,

Andrew F. Caplan

AFC/gc
Enclosures

cc:   David B. Stein, Esq. *(w/encs.)*
      John F. Rooney, III, Esq. *(w/encs.)*

7409-1-LtrUSDC