UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSCHUSTTS

|  |  |
|---|---|
| DR. ROBERT LEDERER,<br><br>Plaintiff,<br><br>v.<br><br>JOHN SNOW, INC. AND<br>THE JOHNS HOPKINS UNIVERSITY<br>CENTER FOR COMMUNICATION<br>PROGRAMS,<br><br>Defendants | CIVIL ACTION NO.<br>04-CV-10284-NG |

## STIPULATED EXTENSION OF TIME TO RESPOND TO COMPLAINT

Plaintiff Dr. Robert Lederer and Defendant John Snow, Inc. hereby stipulate, pursuant to Federal Rule of Civil Procedure 6(b), that the time for John Snow, Inc. to file a responsive pleading to the Complaint is extended up to and including March 29, 2004.

DR. ROBERT LEDERER
By His Attorneys,

/s/ David B. Stein

David B. Stein, BBO #556456
Christopher J. DiMare, BBO #647029
Rubin, Weisman, Colasanti, Kajko & Stein, LLP
430 Bedford Street
Lexington, MA 02420
(781) 860-9500

Dated: March 22, 2004

7409-1-StipulatedExt.ofTimeAns.Compl.

JOHN SNOW, INC.
By their Attorneys,

/s/ Andrew F. Caplan

Andrew F. Caplan, BBO #564127
Thomas T. Reith, BBO #648671
Perkins Smith & Cohen LLP
One Beacon Street, 30th Floor
Boston, MA 02108
(617) 854-4000

## CERTIFICATE OF SERVICE

I hereby certify that on March 22, 2004, a true copy of the foregoing document was served by mail upon all counsel of record in this matter via First-Class U.S. Mail, postage prepaid at the following:

>David B. Stein, Esq.
>Christopher J. DiMare, Esq.
>Rubin, Weisman, Colasanti, Kajko & Stein, LLP
>430 Bedford Street
>Lexington, MA 02420

>John F. Rooney, III, Esq.
>Melick, Porter & Shea, LLP
>28 State Street
>Boston, MA 02109

_____
Andrew F. Caplan

7409-1-StipulatedExt.ofTimeAns.Compl.