UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

## **ORDER OF REFERENCE**

Check if previously referred ____

ROBERT LEDERER

        V.                                        CA/CR No. 04-10284 -NG

JOHN SNOW INC.,                      Criminal Category ____

In accordance with 28 U.S.C. §636 and the Rules for United States Magistrates in the United States District Court for the District of Massachusetts, the above-entitled case is referred to Magistrate Judge **DEIN** for the following proceedings:

(A)    **(xx)**    **Referred for full pretrial case management, including all dispositive motions**.

(B)                Referred for full pretrial case management, <u>not</u> including dispositive motions:

(C)                Referred for discovery purposes only.

(D)               Referred for Report and Recommendation on:

        ( ) Motion(s) for injunctive relief
        ( ) Motion(s) for judgment on the pleadings
        ( ) Motion(s) for summary judgment
        ( ) Motion(s) to permit maintenance of a class action
        ( ) Motion(s) to suppress evidence
        ( ) Motion(s) to dismiss
        ( ) Post Conviction Proceedings[1]
        See Documents Numbered: ____

(E)               Case referred for events only. See Doc. No(s). ____

(F)               Case referred for settlement.

(G)              Service as a special master for hearing, determination and report, subject to the terms of the special order filed herewith:
        ( ) In accordance with Rule 53, F.R.Civ.P.
        ( ) In accordance with 42 U.S.C. 2000e-5(f)(5)

(H)              **Special Instructions:** **SEE ABOVE**

  3/30/04                                                                         By:    /s/Maryellen Molloy
Date                                                                           Deputy Clerk

---

[1]