UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

```
* * * * * * * * * * * * * * * * * *
                                   *
DR. ROBERT LEDERER,                *
      Plaintiff,                   *
                                   *
v.                                 *
                                   *      CIVIL ACTION NO.
                                   *      04-10284-NG
JOHN SNOW, INC. and                *
THE JOHN HOPKINS UNIVERSITY/       *
CENTER FOR COMMUNICATION           *
PROGRAM,                           *
      Defendants.                  *
                                   *
* * * * * * * * * * * * * * * * * *
```

## JOINT PROPOSED PRETRIAL SCHEDULE

Pursuant to Fed. R. Civ. P. 16(b) and Local Rule 16.1, and in accordance with this Court's Order of April 1, 2004, counsel for the parties have conferred and jointly agree upon and respectfully propose the following pretrial schedule:

| | |
|---|---|
| June 4, 2004 | Local Rule 26.2 Automatic Document Disclosure |
| February 11, 2005 | All Discovery Completed |
| March 11, 2005 | Dispositive Motions Filed |
| April 8, 2005 | Oppositions to Motions Filed |
| May, 2005 | Final Pretrial Conference |

**The Plaintiff,**
**By his attorney**


/s/ David B. Stein
David B. Stein, BBO# 556456
RUBIN, WEISMAN, COLASANTI,
KAJKO & STEIN, LLP
430 Bedford Street
Lexington, MA 02420
(781) 860-9500



**Johns Hopkins University/**
**Center for Communication Programs,**
**By their attorney,**


/s/ John F. Rooney, III
John F. Rooney, III, BBO# 426895
MELICK, PORTER & SHEA, LLP
28 State Street
Boston, MA  02109-1775
(617) 523-6200



**John Snow, Inc.**
**By their attorney,**


/s/ Andrew F. Caplan
Andrew F. Caplan, BBO # 564127
PERKINS, SMITH & COHEN, LLP
One Beacon Street
Boston, MA 02108
(617) 854-4040



Dated:   April 27, 2004