UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DR. ROBERT LEDERER,        )
                           )
    Plaintiff,             )        CIVIL ACTION
v.                         )        NO. 04-10284-NG
                           )
JOHN SNOW, INC., et al.,   )
                           )
    Defendants.            )

## NOTICE OF RESCHEDULED CONFERENCE

PLEASE TAKE NOTICE THAT the scheduling conference presently set for Tuesday, May 4, 2004, at 10:30 A.M. has been rescheduled to **2:45 P.M.** on that same date. The parties' brief joint statement remains due no later than five (5) business days before the conference.

TONY ANASTAS,
CLERK OF COURT

  / s / Jolyne D'Ambrosio
Deputy Clerk

DATED: April 27, 2004