UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DR. ROBERT LEDERER,<br><br>  Plaintiff,<br><br>v.<br><br>JOHN SNOW, INC. AND<br>THE JOHNS HOPKINS UNIVERSITY<br>CENTER FOR COMMUNICATION<br>PROGRAMS,<br><br>  Defendants | CIVIL ACTION NO.<br>04-CV-10284-NG |

## CERTIFICATION OF DEFENDANT JOHN SNOW, INC.

Pursuant to Local Rule 16.1(D)(3) of this Court, Defendant John Snow, Inc. presents the following certification:

I, Raymond J. Pelletier, hereby certify that I have conferred with my counsel with a view to establishing a budget for the costs of conducting the full course -- and various alternative courses -- of the litigation, and to consider the resolution of the litigation through the use of alternative dispute resolution programs.

_____
Raymond J. Pelletier
Director, Human Resources
John Snow, Inc.
44 Farnsworth Street
Boston, MA 02210-1211

I, Andrew F. Caplan, counsel for John Snow, Inc., hereby certify that I have conferred with my client with a view to establishing a budget for the costs of conducting the full course -- and various alternative courses -- for the litigation, and to consider the resolution of the litigation through the use of alternative dispute resolution programs.

JOHN SNOW, INC.

By its attorney,

/s/ Andrew F. Caplan
Andrew F. Caplan, BBO #564127
Perkins Smith & Cohen LLP
One Beacon Street, 30th Floor
Boston, MA  02108
(617) 854-4000

Dated: April 27, 2004

7409-1-Certification of Def JSI