UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

```
* * * * * * * * * * * * * * * * * *
                                   *
DR. ROBERT LEDERER,                *
      Plaintiff,                   *
                                   *
v.                                 *
                                   *     CIVIL ACTION NO.
                                   *     04-10284-NG
JOHN SNOW, INC. and                *
THE JOHN HOPKINS UNIVERSITY/       *
CENTER FOR COMMUNICATION           *
PROGRAM,                           *
      Defendants.                  *
                                   *
* * * * * * * * * * * * * * * * * *
```

### LOCAL RULE 16.1(D)(3) CERTIFICATION OF THE JOHNS HOPKINS UNIVERSITY/CENTER FOR COMMUNICATION PROGRAMS

Now comes the undersigned and hereby certify that we have conferred:

a. With a view to establishing a budget for the costs of conducting the full course, and various alternative courses, of the litigation; and

b. To consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

*/s/ Susan F. Martielli*
Susan F. Martielli
Associate General Counsel
Johns Hopkins University


*/s/ John F. Rooney, III*
John. F. Rooney, III
BBO # 426895


Dated:   April 29, 2004