UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DR. ROBERT LEDERER,       )<br>                                              )<br>          Plaintiff,               )<br>                                              )<br>     v.                                     )<br>                                              )<br> JOHN SNOW, INC. and     )<br> THE JOHN HOPKINS       )<br> UNIVERSITY/CENTER FOR )<br> COMMUNICATION PROGRAM, )<br>                                              )<br>          Defendants.            ) | CIVIL ACTION<br>NO. 04-10284-NG |

## SCHEDULING ORDER

Following the initial scheduling conference held today pursuant to Fed. R. Civ. P. 16(b) and Local Rule 16.1, it is hereby ORDERED as follows:

1. The parties shall complete factual discovery by **November 5, 2004**.

2. The next status conference will be held on **October 26, 2004 at 2:30 p.m.** At that time, the parties shall be prepared to discuss:

    (a) the status of the case;
    (b) scheduling for the remainder of the case through trial;
    (c) use of alternative dispute resolution programs; and
    (d) consent to trial before the Magistrate Judge.

3. **The parties shall submit a brief joint statement no later than five (5) business days before the conference addressing the issues itemized in paragraph 2 above.** The parties should just indicate if an agreement has been reached to use ADR or to have the matter tried by a Magistrate Judge. The respective position of each party does not have to be identified.

/ s / Judith Gail Dein
Judith Gail Dein
United States Magistrate Judge

DATED: May 4, 2004