UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

```
* * * * * * * * * * * * * * * * * * *
                                    *
DR. ROBERT LEDERER,                 *
     Plaintiff,                     *
                                    *
v.                                  *
                                    *    CIVIL ACTION NO.
                                    *    04-10284-NG
JOHN SNOW, INC. and                 *
THE JOHN HOPKINS UNIVERSITY/        *
CENTER FOR COMMUNICATION            *
PROGRAM,                            *
     Defendants.                    *
                                    *
* * * * * * * * * * * * * * * * * * *
```

## JOINT STATEMENT PURSUANT TO LOCAL RULE 16.1(D)

**A.   STATUS OF THE CASE**

The parties are presently still engaged in formal discovery.

**B.   REMAINING PRETRIAL SCHEDULING**

The parties request that the deadline for discovery in this case be extended through December 31, 2004. All remaining deadlines set forth in the Joint Pretrial Schedule to remain the same.

**C.   ALTERNATIVE DISPUTE RESOLUTION**

The parties do not feel ADR is an option in this case.

**D.   TRIAL**

The parties have not yet reached an agreement to try this matter before Magistrate Judge Judith Gail Dein.

**The Plaintiff,
By his attorney**


/s/ David B. Stein
David B. Stein, BBO# 556456
RUBIN, WEISMAN, COLASANTI,
KAJKO & STEIN, LLP
430 Bedford Street
Lexington, MA 02420
(781) 860-9500


**Johns Hopkins University/
Center for Communication Programs,
By their attorney,**


/s/ John F. Rooney, III
John F. Rooney, III, BBO# 426895
MELICK, PORTER & SHEA, LLP
28 State Street
Boston, MA 02109-1775
(617) 523-6200


**John Snow, Inc.
By their attorney,**


/s/ Andrew F. Caplan
Andrew F. Caplan, BBO # 564127
PERKINS, SMITH & COHEN, LLP
One Beacon Street
Boston, MA 02108
(617) 854-4040


Dated:   October 19, 2004.