UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| DR. ROBERT LEDERER, | ) | |
| | ) | |
|     Plaintiff, | ) | |
| v. | ) | CIVIL ACTION |
| | ) | NO. 04-10284-NG |
| JOHN SNOW, INC. and | ) | |
| THE JOHN HOPKINS | ) | |
| UNIVERSITY/CENTER FOR | ) | |
| COMMUNICATION PROGRAM, | ) | |
| | ) | |
|     Defendants. | ) | |

## **SCHEDULING ORDER**

Following the scheduling conference held today pursuant to Fed. R. Civ. P. 16(a) and Local Rule 16.1, it is hereby ORDERED as follows:

1. The parties shall complete factual discovery by **January 14, 2005.**

2. The next status conference will be held on **January 12, 2005 at 10:00 a.m.** At that time, the parties shall be prepared to discuss:

   (a) the status of the case;
   (b) scheduling for the remainder of the case through trial;
   (c) use of alternative dispute resolution programs; and
   (d) consent to trial before the Magistrate Judge.

3. **The parties shall submit a brief joint statement no later than five (5) business days before the conference addressing the issues itemized in paragraph 2 above.** With respect to the use of ADR or having the matter tried by a Magistrate Judge, the parties shall indicate whether an agreement has been reached, but are not obligated to

identify their respective positions.  If the parties agree to have the case tried by the Magistrate Judge, the enclosed form should be completed and returned to the Clerk's Office as soon as possible.

|  |  |
|---|---|
| DATED:  October 26, 2004 | / s / Judith Gail Dein<br>Judith Gail Dein<br>United States Magistrate Judge |

# UNITED STATES DISTRICT COURT

District of _____

_____

Plaintiff
V.

Defendant

NOTICE, CONSENT, AND ORDER OF REFERENCE —
EXERCISE OF JURISDICTION BY A UNITED STATES
MAGISTRATE JUDGE

Case Number:

## NOTICE OF AVAILABILITY OF A UNITED STATES MAGISTRATE JUDGE TO EXERCISE JURISDICTION

In accordance with the provisions of 28 U.S.C. §636(c), and Fed.R.Civ.P. 73, you are notified that a United States magistrate judge of this district court is available to conduct any or all proceedings in this case including a jury or nonjury trial, and to order the entry of a final judgment. Exercise of this jurisdiction by a magistrate judge is, however, permitted only if all parties voluntarily consent.

You may, without adverse substantive consequences, withhold your consent, but this will prevent the court's jurisdiction from being exercised by a magistrate judge. If any party withholds consent, the identity of the parties consenting or withholding consent will not be communicated to any magistrate judge or to the district judge to whom the case has been assigned.

An appeal from a judgment entered by a magistrate judge shall be taken directly to the United States court of appeals for this judicial circuit in the same manner as an appeal from any other judgment of this district court.

## CONSENT TO THE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE

In accordance with provisions of 28 U.S.C. §636(c) and Fed.R.Civ.P. 73, the parties in this case consent to have a United States magistrate judge conduct any and all proceedings in this case, including the trial, order the entry of a final judgment, and conduct all post-judgment proceedings.

| Party Represented | Signatures | Date |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

## ORDER OF REFERENCE

IT IS ORDERED that this case be referred to _____ United States Magistrate Judge, to conduct all proceedings and order the entry of judgment in accordance with 28 U.S.C. §636(c) and Fed.R.Civ.P. 73.

_____  _____
Date                          United States District Judge

NOTE: RETURN THIS FORM TO THE CLERK OF THE COURT <u>ONLY IF</u> ALL PARTIES HAVE CONSENTED <u>ON THIS FORM</u> TO THE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE.