UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

```
* * * * * * * * * * * * * * * * *
                                *
DR. ROBERT LEDERER,             *
     Plaintiff,                 *
                                *
v.                              *
                                *          CIVIL ACTION NO.
                                *          04-10284-NG
JOHN SNOW, INC. and             *
THE JOHN HOPKINS UNIVERSITY/    *
CENTER FOR COMMUNICATION        *
PROGRAM,                        *
     Defendants.                *
                                *
* * * * * * * * * * * * * * * * *
```

## JOINT STATEMENT PURSUANT TO LOCAL RULE 16.1(D)

**A.   STATUS OF THE CASE**

The parties are presently still engaged in formal discovery. All written discovery is complete. As a result of a miscommunication between Counsel, the second half of Plaintiff's Deposition was not completed. The defendant, Johns Hopkins University, has renewed its motion to dismiss. Furthermore, 30(b)(6) Depositions of both Defendants have not been completed. Dates are currently being exchanged between the parties.

**B.   REMAINING PRETRIAL SCHEDULING**

The parties request that the deadline for discovery in this case be extended through April 15, 2005, as counsel for the defendant, John Snow, Inc., has a scheduled vacation the week of March 22 through 28, 2005. The parties request that the deadline for dispositive motions be extended to April 30, 2005.

**C.   ALTERNATIVE DISPUTE RESOLUTION**

The parties do not feel ADR is an option in this case.

D.  **TRIAL**

The parties consent to try this matter before Magistrate Judge Judith Gail Dein.


**The Plaintiff,**
**By his attorney**


*/s/ David B. Stein*
David B. Stein, BBO# 556456
RUBIN, WEISMAN, COLASANTI,
KAJKO & STEIN, LLP
430 Bedford Street
Lexington, MA 02420
(781) 860-9500


**Johns Hopkins University/**
**Center for Communication Programs,**
**By their attorney,**


*/s/ John F. Rooney, III*
John F. Rooney, III, BBO# 426895
Robert W. Healy, BBO# 630714
MELICK, PORTER & SHEA, LLP
28 State Street
Boston, MA 02109-1775
(617) 523-6200


**John Snow, Inc.**
**By their attorney,**


*/s/ Andrew F. Caplan*
Andrew F. Caplan, BBO # 564127
PERKINS, SMITH & COHEN, LLP
One Beacon Street
Boston, MA 02108
(617) 854-4040


Dated:  March 9, 2005