UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DR. ROBERT LEDERER, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>JOHN SNOW, INC. and )<br>THE JOHN HOPKINS )<br>UNIVERSITY/CENTER FOR )<br>COMMUNICATION PROGRAM, )<br>)<br>Defendants. ) | CIVIL ACTION<br>NO. 04-10284-NG |

## **SCHEDULING ORDER**

Following the status conference held today pursuant to Fed. R. Civ. P. 16(a) and Local Rule 16.1, it is hereby **ORDERED** as follows:

1. All discovery shall be completed by **April 15, 2005.**

2. All dispositive motions shall be filed by **May 16, 2005.**

3. The next status conference will be held on **April 25, 2005 at 3:00 p.m.** At that time, the parties shall be prepared to discuss:

    (a) the status of the case
    (b) scheduling for the remainder of the case through trial, and
    (c) use of alternative dispute resolution programs

4. The parties shall submit a brief joint statement no later than five (5) business days before the conference addressing the issues itemized in paragraph three (3) above. With respect to the use of ADR the parties shall indicate whether an agreement has been reached, but are not obligated to identify their respective positions.

5.  The parties have agreed to have the case tried by the Magistrate Judge. Therefore, the enclosed form should be completed and returned to the Clerk's Office as soon as possible.

        / s / Judith Gail Dein
Judith Gail Dein
United States Magistrate Judge

DATED: March 10, 2005

Case 1:04-cv-10284-JGD   Document 28   Filed 03/10/2005   Page 3 of 3

✎AO 85 (Rev. 8/98) Notice, Consent, and Order of Reference — Exercise of Jurisdiction by a United States Magistrate Judge

# UNITED STATES DISTRICT COURT

District of _____

|  |  |
|---|---|
| Plaintiff<br>V.<br><br>Defendant | NOTICE, CONSENT, AND ORDER OF REFERENCE —<br>EXERCISE OF JURISDICTION BY A UNITED STATES<br>MAGISTRATE JUDGE<br><br>Case Number: |

## NOTICE OF AVAILABILITY OF A UNITED STATES MAGISTRATE JUDGE TO EXERCISE JURISDICTION

In accordance with the provisions of 28 U.S.C. §636(c), and Fed.R.Civ.P. 73, you are notified that a United States magistrate judge of this district court is available to conduct any or all proceedings in this case including a jury or nonjury trial, and to order the entry of a final judgment. Exercise of this jurisdiction by a magistrate judge is, however, permitted only if all parties voluntarily consent.

You may, without adverse substantive consequences, withhold your consent, but this will prevent the court's jurisdiction from being exercised by a magistrate judge. If any party withholds consent, the identity of the parties consenting or withholding consent will not be communicated to any magistrate judge or to the district judge to whom the case has been assigned.

An appeal from a judgment entered by a magistrate judge shall be taken directly to the United States court of appeals for this judicial circuit in the same manner as an appeal from any other judgment of this district court.

## CONSENT TO THE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE

In accordance with provisions of 28 U.S.C. §636(c) and Fed.R.Civ.P. 73, the parties in this case consent to have a United States magistrate judge conduct any and all proceedings in this case, including the trial, order the entry of a final judgment, and conduct all post-judgment proceedings.

| Party Represented | Signatures | Date |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

## ORDER OF REFERENCE

IT IS ORDERED that this case be referred to _____ United States Magistrate Judge, to conduct all proceedings and order the entry of judgment in accordance with 28 U.S.C. §636(c) and Fed.R.Civ.P. 73.

| | |
|---|---|
| Date | United States District Judge |

NOTE: RETURN THIS FORM TO THE CLERK OF THE COURT <u>ONLY IF</u> ALL PARTIES HAVE CONSENTED <u>ON THIS FORM</u> TO THE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE.