UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

```
* * * * * * * * * * * * * * * * *
                                *
DR. ROBERT LEDERER,             *
     Plaintiff,                 *
                                *
v.                              *
                                *     CIVIL ACTION NO.
                                *     04-10284-NG
JOHN SNOW, INC. and             *
THE JOHN HOPKINS UNIVERSITY/    *
CENTER FOR COMMUNICATION        *
PROGRAM,                        *
     Defendants.                *
                                *
* * * * * * * * * * * * * * * * *
```

### THE JOHNS HOPKINS UNIVERSITY/CENTER FOR COMMUNICATION PROGRAM'S ASSENTED TO MOTION TO EXTEND DISCOVERY THIRTY DAYS

Now comes Johns Hopkins University/Center for Communication Program ("JHU") and request that the Court extend discovery thirty days to allow the parties to complete the remaining discovery.

The parties have scheduled depositions for the week of April 18, 2005 in order to accommodate all counsel and the plaintiff's travel schedule to allow his deposition to be completed and to allow the plaintiff's participation in the defendants' depositions. However, counsel for JHU now has a commitment out of the state that week that necessitates the request for an additional thirty days to complete those depositions.

WHEREFORE, the parties respectfully request that this Honorable Court allow the motion.

**Johns Hopkins University/
Center for Communication Programs,
By their attorney,**


/s/ *John F. Rooney, III*
John F. Rooney, III, BBO# 426895
MELICK, PORTER & SHEA, LLP
28 State Street
Boston, MA 02109-1775
(617) 523-6200


**The Plaintiff,
By his attorney**


/s/ *David B. Stein*
David B. Stein, BBO# 556456
RUBIN, WEISMAN, COLASANTI,
KAJKO & STEIN, LLP
430 Bedford Street
Lexington, MA 02420
(781) 860-9500

**John Snow, Inc.
By their attorney,**


/s/ *Andrew F. Caplan*
Andrew F. Caplan, BBO # 564127
PERKINS, SMITH & COHEN, LLP
One Beacon Street
Boston, MA 02108
(617) 854-4040


Dated:   April 13, 2004

