UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

```
* * * * * * * * * * * * * * * * * * *
                                    *
DR. ROBERT LEDERER,                 *
     Plaintiff,                     *
                                    *
v.                                  *
                                    *     CIVIL ACTION NO.
                                    *     04-10284-NG
JOHN SNOW, INC. and                 *
THE JOHN HOPKINS UNIVERSITY/        *
CENTER FOR COMMUNICATION            *
PROGRAM,                            *
     Defendants.                    *
                                    *
* * * * * * * * * * * * * * * * * * *
```

## JOINT STATEMENT PURSUANT TO LOCAL RULE 16.1(D)

    A.    **STATUS OF THE CASE**

Discovery in this matter is complete, with the exception of the deposition of Johns Hopkins University. Despite the parties best efforts and due to a variety of scheduling reasons, the deposition has not yet taken place.

    B.    **REMAINING PRETRIAL SCHEDULING**

The parties request the Court issue dates for the following activities:

Motions for Summary Judgment

Oppositions to Motions for Summary Judgment

Reply Memorandum to Oppositions

Hearing on Motions for Summary Judgment

    C.    **ALTERNATIVE DISPUTE RESOLUTION**

The parties do not feel ADR is an option in this case.

    **D.**    **TRIAL**

    The parties consent to try this matter before Magistrate Judge Judith Gail Dein.

**The Plaintiff,**
**By his attorney**

/s/ David B. Stein
David B. Stein, BBO# 556456
RUBIN, WEISMAN, COLASANTI,
KAJKO & STEIN, LLP
430 Bedford Street
Lexington, MA 02420
(781) 860-9500

**Johns Hopkins University/**
**Center for Communication Programs,**
**By their attorney,**

/s/ John F. Rooney, III
John F. Rooney, III, BBO# 426895
MELICK, PORTER & SHEA, LLP
28 State Street
Boston, MA 02109-1775
(617) 523-6200

**John Snow, Inc.**
**By their attorney,**

/s/ Andrew F. Caplan
Andrew F. Caplan, BBO # 564127
PERKINS, SMITH & COHEN, LLP
One Beacon Street
Boston, MA 02108
(617) 854-4040

Dated:   May 18, 2005