UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DR. ROBERT LEDERER,           ) | |
|             Plaintiff,       ) | |
| v.                             ) | CIVIL ACTION |
|                            ) | NO. 04-10284-NG |
| JOHN SNOW, INC. and            ) | |
| THE JOHN HOPKINS               ) | |
| UNIVERSITY/CENTER FOR          ) | |
| COMMUNICATION PROGRAM,         ) | |
|             Defendants.       ) | |

## **SCHEDULING ORDER**

Following a scheduling conference held today pursuant to Fed. R. Civ. P. 16(a), it is hereby ORDERED as follows:

1. The parties shall complete all remaining depositions by **June 30, 2005**.

2. All motions for Summary Judgment shall be filed with the Court by **August 15, 2005**.

3. All oppositions to motions for Summary Judgment shall be filed with the Court by **September 15, 2005**.

4. Any replies to oppositions to motions for Summary Judgment shall be filed with the Court by **October 7, 2005**.

5. A hearing on any motions for Summary Judgment shall be held on **October 24, 2005** at **2:30 p.m.**

                                                                    / s / Judith Gail Dein
                                                                      Judith Gail Dein
DATED: May 19, 2005                           United States Magistrate Judge