UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

```
* * * * * * * * * * * * * * * * * *
                                   *
DR. ROBERT LEDERER,                *
     Plaintiff,                    *
                                   *
v.                                 *
                                   *      CIVIL ACTION NO.
                                   *      04-10284-NG
JOHN SNOW, INC. and                *
THE JOHN HOPKINS UNIVERSITY/       *
CENTER FOR COMMUNICATION           *
PROGRAM,                           *
     Defendants.                   *
                                   *
* * * * * * * * * * * * * * * * * *
```

## MOTION OF THE DEFENDANT, JOHNS HOPKINS UNIVERSITY/CENTER FOR COMMUNICATION PROGRAM FOR SUMMARY JUDGMENT

Pursuant to Fed. R. Civ. P. 56, the defendant, Johns Hopkins University/Center for Communication Program ("Johns Hopkins"), moves for summary judgment on the plaintiff's claims in their entirety. In support of its motion, Johns Hopkins submits the accompanying statement of materials facts and memorandum of law.

JOHNS HOPKINS
UNIVERSITY/CENTER FOR
COMMUNICATION PROGRAMS,
By its attorneys,


/s/ John F. Rooney, III
John F. Rooney, III, BBO #426895
Michael R. Byrne, BBO #558899
Robert W. Healy, BBO #630714
MELICK, PORTER & SHEA, LLP
28 State Street
Boston, MA 02109
(617) 523-6200

Date: 8/15/05


### CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(A)(2)

I hereby certify that I conferred with the plaintiff and attempted in good faith to resolve or narrow the issues presented by this motion.

/s/ John F. Rooney, III