UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSCHUSTTS

|  |  |  |
|---|---|---|
| DR. ROBERT LEDERER, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION NO. |
| | ) | 04-CV-10284-NG |
| v. | ) | |
| | ) | |
| JOHN SNOW, INC. AND | ) | |
| THE JOHNS HOPKINS UNIVERSITY | ) | |
| CENTER FOR COMMUNICATION | ) | |
| PROGRAMS, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## AFFIDAVIT OF KENNETH J. OLIVOLA

I, Kenneth J. Olivola, hereby depose and state as follows:

1.      I am the Director, International Division of John Snow, Inc.

2.      I provide this affidavit based on personal knowledge and a review of John Snow, Inc.'s records.

3.      John Snow, Inc. fully paid Dr. Lederer for all expense reimbursement requests he submitted in connection with his position on the Women's Reproductive Health Initiative.


Signed under the pains and penalties of perjury this 15th day of August 2005.


s/ Kenneth J. Olivola
Kenneth J. Olivola

7409-1-SJ-Affidavit-KennethOlivola.doc