UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DR. ROBERT LEDERER,<br>**Plaintiff**<br><br>VS.<br><br>JOHN SNOW, INC. AND THE<br>JOHN HOPKINS UNIVERSITY/<br>CENTER FOR COMMUNICATION<br>PROGRAM,<br>**Defendants** | CIVIL ACTION NO.:<br>04-CV-10284-NG |

**PLAINTIFF'S ASSENTED TO MOTION FOR EXTENSION OF TIME
TO FILE HIS OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Plaintiff hereby respectfully requests a one-week extension until **Friday, September 23, 2005** to file his Oppositions to Defendants' Motions for Summary Judgment.

Counsel's trial schedule has necessitated this request for an extension to file said Oppositions. Defendants have assented to Plaintiff's Motion. Furthermore, the parties respectfully request that the filing of Defendants' Reply Memorandum be extended one week, as well as the hearing on the Motions.

Therefore, Plaintiff respectfully requests that this Court grant his Motion.

**ASSENTED TO:**

/s/ John F. Rooney, III
John F. Rooney, III, BBO# 426895
MELICK, PORTER & SHEA, LLP
28 State Street
Boston, MA 02109-1775
Tel.: (617) 523-6200

/s/ Andrew F. Caplan
Andrew F. Caplan, BBO# 564127
PERKINS, SMITH & COHEN, LLP
One Beacon Street
Boston, MA 02108
(617) 854-4040

Dated: September 9, 2005

DR. ROBERT LEDERER
By His Attorneys,
RUBIN, WEISMAN, COLASANTI,
KAJKO & STEIN, LLP

David B. Stein, BBO# 556456
430 Bedford Street
Lexington, MA 02420
Tel.: (781) 860-9500
Fax: (781) 863-0046

**CERTIFICATE OF SERVICE**
I hereby certify that on this day a true copy of the above document was served upon the attorney of record for each party by mail/by hand.

Dated: 9/9/05