**EXHIBIT B**



r_lederermd@hotmail.com

From: "Erika Wagner" <EWAGNER@jhuccp.org>
To: <r_lederermd@hotmail.com>
CC: "KAREN ANGELICI" <kangelici@jhuccp.org>, <abul_hashem@jsi.com>
Subject: Please Call Hashem - Urgent
Date: Wed, 29 Nov 2000 10:59:19 -0500

** High Priority **

Hi Bob, JSI has received USAID concurrence so we are ready to go with your contract. Please call Hashem ASAP to arrange your travel and logistics. The number is (703) 528-7474.
Thanks,
Erika

