UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| DR. ROBERT LEDERER, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION NO. 04-cv-10284-JGD |
| | ) | |
| v. | ) | |
| | ) | |
| JOHN SNOW, INC. AND | ) | |
| THE JOHNS HOPKINS UNIVERSITY | ) | |
| CENTER FOR COMMUNICATION | ) | |
| PROGRAMS, | ) | |
| | ) | |
| Defendants | ) | |
| | ) | |

**ASSENTED TO MOTION TO CONTINUE DEADLINE TO FILE REPLY BRIEF**

Defendant John Snow, Inc. hereby asks for an extension up to and including

Thursday, October 20, 2005, to file John Snow Inc.'s Summary Judgment Reply Brief.

As reasons therefore, John Snow Inc. states:

John Snow's below signed counsel currently is on trial in the Business Litigation

Session of the Suffolk Superior Court before Judge van Gestel in the matter of Hoppe v.

CMGI, Inc., Civil Action No. 03-3890-BLS.  That trial is scheduled to be completed on

Tuesday, October 18, 2005.  Therefore, John Snow respectfully requests an extension

until October 20, so that its counsel can prepare its summary judgment reply brief.

All parties assent to this request for an extension.

Assented to:

JOHN SNOW, INC.                     DR. ROBERT LEDERER,
By its attorney,                          By his attorney,


/s/ Andrew F. Caplan                  /s/ David B. Stein
Andrew F. Caplan, BBO #564127         David B. Stein, BBO# 556456
Perkins Smith & Cohen LLP             Rubin, Weisman, Colasanti, Kajko & Stein, LLP
One Beacon Street, 30th Floor         430 Bedford Street
Boston, MA  02108                     Lexington, MA 02420
(617) 854-4000                        (781) 860-9500


                                      JOHNS HOPKINS UNIVERSITY/CENTER
                                      FOR COMMUNICATION PROGRAMS,
                                      By their attorney,


                                      /s/ John F. Rooney, III
                                      John F. Rooney, III, BBO# 426895
                                      Melick, Porter & Shea, LLP
                                      28 State Street
                                      Boston, MA 02109-1775
                                      (617) 523-6200

Dated: October 11, 2005


7409-1-JSI-AssentedToMotionCont.DeadlineFileReply

2