UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DR. ROBERT LEDERER,            )<br>                                             )<br>    Plaintiff,                      )<br>        v.                            )<br>                                             )<br>JOHN SNOW, INC. and          )<br>THE JOHNS HOPKINS           )<br>UNIVERSITY/CENTER FOR   )<br>COMMUNICATION PROGRAM, )<br>                                             )<br>    Defendants.                 ) | CIVIL ACTION<br>NO. 04-10284-JGD |

## JUDGMENT

DEIN, U.S.M.J.

In accordance with the Court's Memorandum of Decision and Order dated January 19, 2006 granting the defendants' motions for summary judgment in the above-entitled action, it is hereby ORDERED:

> Judgment for the defendants John Snow, Inc. and Johns Hopkins University/Center for Communication Program.

SARAH THORNTON
CLERK OF COURT


 / s / Jolyne D'Ambrosio
By:  Deputy Clerk

DATED:  February 2, 2006