⬥AO 133      (Rev. 9/89) Bill of Costs

# UNITED STATES DISTRICT COURT

District of __Massachusetts__

DR. ROBERT LEDERER, Plaintiff

## BILL OF COSTS

V.

JOHN SNOW, INC. and THE JOHNS
HOPKINS UNIVERSITY/CENTER FOR
COMMUNICATION PROGRAM, Defendants

Case Number: 04-10284-JGD

Judgment having been entered in the above entitled action on __1/19/06__ against __Plaintiff__,
                                                                Date
the Clerk is requested to tax the following as costs:

| | |
|---|---|
| Fees of the Clerk .................................................................... | $ _____ |
| Fees for service of summons and subpoena ............................................. | _____ |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case | $1,908.80 |
| Fees and disbursements for printing ................................................... | _____ |
| Fees for witnesses (itemize on reverse side) ........................................... | _____ |
| Fees for exemplification and copies of papers necessarily obtained for use in the case ............ | _____ |
| Docket fees under 28 U.S.C. 1923 ..................................................... | _____ |
| Costs as shown on Mandate of Court of Appeals ........................................ | _____ |
| Compensation of court-appointed experts .............................................. | _____ |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 ..... | _____ |
| Other costs (please itemize) ........................................................... | _____ |
| TOTAL | $ 1,908.80 |

SPECIAL NOTE: Attach to your bill an itemization and documentation for requested costs in all categories.

## DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill was ~~mailed today with postage prepaid~~ to: _filed + served by ECF_ .

Signature of Attorney: _[signature]_

Name of Attorney: __Andrew F. Caplan__

For: __John Snow, Inc.__                                              Date: __2/10/06__
         Name of Claiming Party

Costs are taxed in the amount of _____ and included in the judgment.

By: _____

Clerk of Court                     Deputy Clerk                          Date

| NAME AND RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
|---|---|---|---|---|---|---|---|
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | TOTAL | $0.00 |

**WITNESS FEES (computation, cf. 28 U.S.C. 1821 for statutory fees)**

## NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
"Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
"A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
Rule 54 (d)
"Except when express provision therefor is made either in a statute of the United States or in these rules, costs shall be allowed as of course to the prevailing party unless the court otherwise directs, but costs against the United States, its officers, and agencies shall be imposed only to the extent permitted by law. Costs may be taxed by the clerk on one day's notice. On motion served within 5 days thereafter, the action of the clerk may be reviewed by the court."

Rule 6(e)
"Whenever a party has the right or is required to do some act or take some proceedings within a prescribed period after the service of a notice or other paper upon him and the notice or paper is served upon him by mail, 3 days shall be added to the prescribed period."

Rule 58 (In Part)
"Entry of the judgment shall not be delayed for the taxing of costs."

# INVOICE



**GORE BROTHERS**
Reporting & Videoconferencing

115 W. Mulberry Street • Baltimore, MD 21201
(410) 837-3027 • FAX (410) 685-6361
Federal ID# 52-0845831

**TOWSON REPORTING COMPANY**

7409-1

received
7/25/05 AFC

ANDREW F. CAPLAN, ESQUIRE
PERKINS, SMITH, & COHEN
ONE BEACON STREET
30TH FLOOR
BOSTON, MA 02108

July 20, 2005

Invoice# 10084025

Balance:    $259.65

**Re:** NV NR LEDERER v JOHNS SNOW INC
JHU CAMPUS
on 06/29/05 by PAULA J. ELIOPOULOS

| Charge Description | Amount |
|---|---|
| 97    PAGES @ $2.45 PER PAGE (COPY) | 237.65 |
| POSTAGE & HANDLING | 10.00 |
| FOR THE DEPOSITION OF KAREN ANGELICI TAKEN ON JUNE 29, 2005 | |
| CD/PERMANENT ARCHIVING OF TRANSCRIPT/EXHIBITS | 12.00 |
| SIGNED ORDER FORM. | |

P l e a s e   R e m i t   - - - >   **Total Due:**   $259.65

Please tear off stub and return with payment.

*WE LOOK TO THE ATTORNEY FOR PAYMENT OF ALL CHARGES
INCURRED, NOT THEIR CLIENT. PAYMENT DUE IN 30 DAYS*

GORE BROTHERS REPORTING & VIDEO CO.
115 West Mulberry Street
Baltimore, MD 21201

Invoice# 10084025

Balance$    259.65

*Accepting Visa, Mastercard and American Express*

## ADVANCED COURT & CONFERENCE REPORTING

P.O. Box 181
Cohasset, MA 02025

781-383-1188                                              email:accr3@aol.com
781-383-2191 FAX                                          TIN Number: 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

---

## INVOICE

Dec. 20, 2004                                             Invoice No.   | 6617 |

Andrew E. Caplan, Esq.
Perkins, Smith & Cohen
One Beacon Street, 30th Floor
Boston, MA  02108-3106

                                                          AB
Civil Action No. | 04CV10284... |          Service Date   | 12/2/2004 |

PAID
JAN 1 4 2005
39129

Dr. Robert Lederer v. John Snow, Inc., et al
Deposition of DR. ROBERT LEDERER
120 pages @ $2.50/page                                                 300.00
Miniscript and word index                                               50.00
ASCII Disk                                                              15.00
Postage & Handling                                                       6.50


                                         **Total Amount Due** | **$371.50** |


Total Amount of Invoice Due and Payable
Upon Receipt
1.5% interest charged on any unpaid balance over 30 days

## ADVANCED COURT & CONFERENCE REPORTING

P.O. Box 181
Cohasset, MA 02025

781-383-1188
781-383-2191 FAX



email:accr3@aol.com
TIN Number: 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

## INVOICE

May 30, 2005

Invoice No. | 6845

Andrew E. Caplan, Esq.
Perkins, Smith & Cohen
One Beacon Street, 30th Floor
Boston, MA  02108-3106



AB

Civil Action No. | 04CV10284...

Service Date | 5/11/2005

Dr. Robert Lederer v. John Snow, Inc. and The John
Hopkins University/Center for Communication Programs
Deposition of DR. ROBERT LEDERER, Day II
356 pages @ $2.50/page                                        890.00
Miniscript and word index                                      50.00
Postage & Handling                                              6.50

**Total Amount Due** | **$946.50**

Total Amount of Invoice Due and Payable
Upon Receipt
1.5% interest charged on any unpaid balance over 30 days

*7409-1 JohnSnow Inc*     *7/8*

*3971*

# Neal A. Salloway
## Court Reporters


*received*
*6/17/05 AFC*

5 Cardigan Road
West Peabody, Massachusetts 01960-3703

Tel. (781) 581-3993
(978) 535-0313
Fax (978) 536-3142

PERKINS, SMITH & COHEN LLP
One Beacon Street, 30th Floor
Boston, Massachusetts 02108-3106

Fed. Tax I.D. #04-3140177

Attn: Andrew F. Caplan, Esq.                June 13, 2005

RE: DR. ROBERT LEDERER VS. JOHN SNOW, INC. AND THE JOHNS HOPKINS
UNIVERSITY CENTER FOR COMMUNICATION PROGRAMS

Deposition of Kenneth J. Olivola taken on May 12, 2005.

| | |
|---|---:|
| 114 pages at $2.60 | $296.40 |
| Minuscript and Word Index | 30.00 |
| Postage/Messenger | 4.75 |
| TOTAL AMOUNT DUE | $331.15 |

This transcript was previously delivered to your office

Thank you.

*pd 7/8/05*
*ck#41895*

*6/17/05*
*Marilyn,*
*Please pay per*
*thanks*
*AFC*
*Gail*
*7409-1*