AO 133   (Rev. 9/89) Bill of Costs

# UNITED STATES DISTRICT COURT

District of  Massachusetts

Dr. Robert Lederer, Plaintiff

V.

John Snow, Inc. and The Johns Hopkins University/Center for Communication Program, Defendants

**BILL OF COSTS**

Case Number:  04-10284-NG

Judgment having been entered in the above entitled action on  01/19/06  against  Plaintiff,
the Clerk is requested to tax the following as costs:

| | |
|---|---:|
| Fees of the Clerk | $ |
| Fees for service of summons and subpoena | |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case | $2,156.55 |
| Fees and disbursements for printing | |
| Fees for witnesses (itemize on reverse side) | 0.00 |
| Fees for exemplification and copies of papers necessarily obtained for use in the case | |
| Docket fees under 28 U.S.C. 1923 | |
| Costs as shown on Mandate of Court of Appeals | |
| Compensation of court-appointed experts | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 | |
| Other costs (please itemize) Travel to Baltimore, MD for attendance at K. Angelici deposition | $302.90 |
| TOTAL | $ 2,459.45 |

SPECIAL NOTE: Attach to your bill an itemization and documentation for requested costs in all categories.

## DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill was mailed today with postage prepaid to:  Electronically served

Signature of Attorney: _Robert W. Healy_

Name of Attorney:  Robert W. Healy

For:  Johns Hopkins University
Name of Claiming Party

Date:  3/15/06

Costs are taxed in the amount of _____ and included in the judgment.

Clerk of Court

By: _____
Deputy Clerk

Date

| NAME AND RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
|---|---|---|---|---|---|---|---|
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | TOTAL | $0.00 |

**WITNESS FEES (computation, cf. 28 U.S.C. 1821 for statutory fees)**

### NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
    "Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
    "A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
Rule 54 (d)
    "Except when express provision therefor is made either in a statute of the United States or in these rules, costs shall be allowed as of course to the prevailing party unless the court otherwise directs, but costs against the United States, its officers, and agencies shall be imposed only to the extent permitted by law. Costs may be taxed by the clerk on one day's notice. On motion served within 5 days thereafter, the action of the clerk may be reviewed by the court."

Rule 6(e)
    "Whenever a party has the right or is required to do some act or take some proceedings within a prescribed period after the service of a notice or other paper upon him and the notice or paper is served upon him by mail, 3 days shall be added to the prescribed period."

Rule 58 (In Part)
    "Entry of the judgment shall not be delayed for the taxing of costs."

# ADVANCED COURT & CONFERENCE REPORTING

P.O. Box 181
Cohasset, MA 02025

781-383-1188
781-383-2191 FAX

email:accr3@aol.com
TIN Number: 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

## INVOICE

May 30, 2005

Invoice No. | 6844

John F. Rooney, III, Esq.
Melick, Porter & Shea, LLP
28 State Street
Boston, MA 02109

AB

Civil Action No. | 04-CV-1028...

Service Date | 5/11/2005

Dr. Robert Lederer v. John Snow, Inc., et al
Deposition of DR. ROBERT LEDERER; Day II
356 pages @ $3.25/page                                       1,157.00
Miniscript and word index                                        0.00
Postage & Handling                                              12.00

**Total Amount Due** | **$1,169.00**

Total Amount of Invoice Due and Payable
Upon Receipt
1.5% interest charged on any unpaid balance over 30 days

# Neal A. Salloway
## Court Reporters

5 Cardigan Road
West Peabody, Massachusetts 01960-3703

Tel. (781) 581-3993
(978) 535-0313
Fax (978) 536-3142

MELICK, PORTER & SHEA, LLP
28 State Street
Boston, Massachusetts 02109

Fed. Tax I.D. #04-3140177

Attn: Robert W. Healy, Esq.                     June 13, 2005

RE: DR. ROBERT LEDERER VS. JOHN SNOW, INC. AND THE JOHNS HOPKINS UNIVERSITY CENTER FOR COMMUNICATION PROGRAMS

Deposition of Kenneth J. Olivola taken on May 12, 2005.

| | |
|---|---|
| 114 pages at $2.60 | $296.40 |
| Minuscript and Word Index | 30.00 |
| Postage/Messenger | 5.00 |
| **TOTAL AMOUNT DUE** | **$331.40** |

This transcript was previously delivered to your office.

Thank you.

## ADVANCED COURT & CONFERENCE REPORTING
P.O. Box 181
Cohasset, MA 02025

781-383-1188  
781-383-2191 FAX

email:accr3@aol.com  
TIN Number: 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

# INVOICE

Dec. 20, 2004

Invoice No.  6616

Robert Healy, Esq.  
Melick , Porter, & Shea, LLP  
28 State Street  
Boston, MA  02109

Civil Action No.  04CV10284...

Service Date  AB  12/2/2004

Dr. Robert Lederer v. John Snow, Inc., et al  
Deposition of DR. ROBERT LEDERER  
120 pages @ $3.25/page                             390.00  
Miniscript and word index                            0.00  
Postage & Handling                                   6.50

**Total Amount Due**  $396.50

Total Amount of Invoice Due and Payable  
Upon Receipt  
1.5% interest charged on any unpaid balance over 30 days

# INVOICE


**GORE BROTHERS**
Reporting & Videoconferencing

115 W. Mulberry Street • Baltimore, MD 21201
(410) 837-3027 • FAX (410) 685-6361
Federal ID# 52-0845831

**TOWSON REPORTING COMPANY**

```
JOHN F. ROONEY, ESQUIRE                           July 20, 2005
MELIK, PORTER & SHEA
28 STATE STREET                                   Invoice# 10084024
22ND FLOOR
BOSTON, MA 02109                                  Balance:    $259.65


    Re: NV NR LEDERERvJOHNS SNOW INC
        JHU CAMPUS
        on 06/29/05 by PAULA J. ELIOPOULOS


Charge Description                                           Amount
97     PAGES @ $2.45 PER PAGE (COPY)                         237.65

POSTAGE & HANDLING
                                                              10.00
FOR THE DEPOSITION OF KAREN ANGELICI
TAKEN ON JUNE 29, 2005



CD/PERMANENT ARCHIVING OF TRANSCRIPT/EXHIBITS                 12.00

SIGNED ORDER FORM.




            P l e a s e   R e m i t  - - - >  Total Due:   $259.65
               Please tear off stub and return with payment.


         WE LOOK TO THE ATTORNEY FOR PAYMENT OF ALL CHARGES
           INCURRED, NOT THEIR CLIENT. PAYMENT DUE IN 30 DAYS



    GORE BROTHERS REPORTING & VIDEO CO.               Invoice# 10084024
    115 West Mulberry Street
    Baltimore, MD  21201                              Balance$    259.65
```

Accepting Visa, Mastercard and American Express



| members | A2B corporate | agencies | **reservations** | flight check-in | flight status |

find itinerary   book flights   hotels   vacations   car

❓ **HELP**   SEARCH   SELECT   CONFIRM   PASSENGER INFO   PURCHASE   RECEIPT

Thank you for selecting AirTran Airways. Please print this page. If you cannot print this page, be sure to write your information down and doublecheck it. We will also send you an email message containing your itinerary.

**Confirmation**                        Please print this page.

  Booking date:    28 June 2005

  Confirmation
  number:          **WYBLLN**                                          **Reserve Seats**
  Status:          CONFIRMED
                   Should our flight schedule change, we will notify you by email as early as possible.


Will you need a rental car when you reach your destination? Follow this link and receive the AirTran Airways discount on Hertz rental cars.

🏢 hotels
Looking for a place to stay once you get there? Visit our partner site for hotel availability and reservations for your destination during your travel dates.


Apply today for the new AirTran Airways A-Plus Visa and earn FREE travel!

**Departing Flight**

**From Boston, MA (BOS) to Baltimore, MD/Washington (BWI)** - Coach

  Wednesday, 29 Jun 05    Flight 321    Depart Boston, MA (BOS) at 7:00 am and arrive in Baltimore, MD/Washington (BWI) at 8:34 am

Note: Passengers traveling to Grand Bahama Island are required to present proof of citizenship at time of check-in. For more information, please call our reservation center.

**Returning Flight**

**From Baltimore, MD/Washington (BWI) to Boston, MA (BOS)** - Coach

  Wednesday, 29 Jun 05    Flight 322    Depart Baltimore, MD/Washington (BWI) at 7:15 pm and arrive in Boston, MA (BOS) at 8:40 pm

Contact Information

ROBERT HEALY
MELICK, PORTER & SHEA, LLP
28 STATE STREET
BOSTON  MA  02109
UNITED STATES

rhealy@melicklaw.com

6175236200 (Tel)

Passenger Information

1 Passenger:
  1:    ROBERT HEALY

Pricing

Total for 1 Passenger
- Fare price         $   264.18
- Taxes              $    38.72
- Total price        $   302.90

Payment

*Payment via Credit Card*
- Form of payment    American Express
- Payment Status     CONFIRMED
- Cardholder name    Robert P. Powers
- Card Number        xxxxxxxxxxxx8069
- Payment amount     $302.90

Terms and Conditions

**'Coach' Fare Restrictions:**
- B class of service
- Coach Class Fare
- Non-refundable
- Changes may be made for a fee of $50 plus any increase in applicable fare
- This fare offers advance seat assignment. After completing your reservation, click on the 'Reserve Seats' button on the Receipt page to select your seats.

**Conditions of Contract:**
All AirTran Airways coach tickets are non-refundable, and a $50 fee per person applies to any change made after purchase plus any applicable increase in airfare. Business class tickets (A and J fare classes only; not including promotional fares) are fully refundable and no fee applies to changes.

Cancellations must be made at least one hour prior to departure or customer forfeits reservation and any monies paid against the reservation. This reservation is non-transferable - no name changes allowed.

**Check In:** All airports require passengers to present a boarding pass at the security checkpoint. Most passengers with an electronic ticket for a domestic flight may use our Online Flight Check-In service from 24 hours to 90 minutes before the flight's scheduled departure to obtain their boarding pass and seat assignment.

**Baggage Policies:** Familiarize yourself with our baggage policies prior to your travel.

Destination

Be sure to return to our Web site, where you can find valuable information about Boston and Baltimore/Washington.

[ reservations | find itinerary | flight check-in | flight status | members | corporate accounts | travel agents ]
[ travel policies | privacy policy | home ]

**Talk to AirTran Airways** - email us your comments.
For reservations, book online at airtran.com, or call 1-800-AIR-TRAN (1-800-247-8726).

©2000 - 2004 Navitaire, ©2005 AirTran Airways